DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLRITH JOSEPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2623

[August 13, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502020CF005367AXXXMB.

Olrith Joseph, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard C. Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***